UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAUREN TORRES, | : | CIVIL ACTION NO. 3:21-cv-00563 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| | : | |
| Defendant. | : | APRIL 23, 2021 |

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), for purposes of removing this case to the United States District Court for the District of Connecticut, states the following:

1. On March 9, 20221, Plaintiff initiated an action against Wells Fargo in the Superior Court for the Judicial District of Stamford/Norwalk at Stamford, entitled <u>Lauren Torres v. Wells Fargo</u>[1], No. FST-CV21-6049709-S, returnable April 13, 2021. Plaintiff served Wells Fargo on March 29, 2021. Other than Plaintiff filing her Summons, Complaint, and Return of Service with the Superior Court on April 8, 2021, no further proceedings have been had in this action.

2. In accordance with 28 U.S.C. § 1446(a), Wells Fargo has attached hereto as **Exhibit A** copies of all process, pleadings and orders served upon it in this action. Wells Fargo also attaches hereto as **Exhibit B** the Return of Service and Supplemental Return filed with the Superior Court on March 31, 2021.

---

[1] Plaintiff erroneously directed her Complaint in the state court action at "Wells Fargo". At all relevant times, however, her employer, in fact, was "Wells Fargo Bank, N.A.", which Wells Fargo has corrected upon removal.

3. Plaintiff's lawsuit against Wells Fargo is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one that Wells Fargo may remove to this Court pursuant to 28 U.S.C. § 1441 because diversity jurisdiction exists in this matter.

4. Plaintiff asserts she "is a female resident of the State of Connecticut and resides at 120 Spring Street, Mount Kisco, New York 10549." (See Compl. ¶ 1.)

5. Defendant Wells Fargo is a national banking association and a federally chartered bank. As such, it is a citizen of the state in which its main office is located, as set forth in its Articles of Association. See Wachovia Bank NA v. Schmidt, 546 U.S. 303 (2006). Wells Fargo's main office is located in Sioux Falls, South Dakota. Accordingly, Wells Fargo is a citizen of South Dakota.

6. Diversity of citizenship existed between the parties at the time Plaintiff's Complaint was filed. Diversity of citizenship continues to exist at the time this Notice of Removal is being filed.

7. Based upon Plaintiff's Complaint, which alleges wrongful termination in violation of public policy, the amount in controversy in this lawsuit is potentially greater than $75,000, exclusive of interest and costs. Plaintiff is seeking alleged compensatory damages for both pecuniary and non-pecuniary losses, punitive damages, attorneys' fees and costs. (See Compl. p. 16.)

8. Accordingly, the United States District Court for the District of Connecticut has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), as this is a civil action between citizens of different states in which the amount in controversy exceeds the statutory requirement.

9. Plaintiff's lawsuit against Wells Fargo is one that Wells Fargo may remove to this

Court pursuant to 28 U.S.C. § 1441(a) in that the United States District Court for the District of Connecticut embraces the location where the State Court Action is pending, *i.e.*, Stamford, Connecticut.

10. Wells Fargo has timely filed this Notice of Removal in that it first received a copy of the Summons and Complaint on March 29, 2021 and it has filed this Notice of Removal within thirty (30) days thereof. See 28 U.S.C. § 1446(b)(1).

11. Pursuant to 28 U.S.C. § 1446(d), Wells Fargo hereby certifies that it has served a copy of this Notice on Plaintiff, and has filed a copy of this Notice with the State of Connecticut Superior Court Clerk, Judicial District of Stamford/Norwalk at Stamford.  Wells Fargo has attached a copy of the Notice filed with the Superior Court Clerk hereto as **Exhibit C**.  Wells Fargo also attaches a Civil Cover Sheet (JS 44) hereto as **Exhibit D**.

12. Undersigned counsel has signed this Notice pursuant to Rule 11 of the Federal Rules of Civil Procedure, in accordance with 28 U.S.C. § 1446(a).

13. In filing this Notice of Removal, Wells Fargo does not waive any defects in service of process, venue, or personal jurisdiction.

WHEREFORE, Wells Fargo respectfully requests, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446, that this action now pending in the Superior Court for the State of Connecticut, be removed to this Court, and that this Court proceed with this case as if originally initiated in this Court.

DEFENDANT
WELLS FARGO BANK, N.A.


/s/ Jeffrey A. Fritz
Jeffrey A. Fritz (ct26667)
Fisher & Phillips LLP
200 State Street, 7th Floor
Boston, Massachusetts 02109
(617) 722-0044
jfritz@fisherphillips.com

Its Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Ashling M. Soares, Esq.
Ashling Soares Law
55 Green Farms Road
Suite 200-58
Westport, Connecticut 06880
asoares@ashlingsoareslaw.com

*Plaintiff's Counsel*

/s/ Jeffrey A. Fritz
Jeffrey A. Fritz