# EXHIBIT B



null / ALL
**Transmittal Number: 22988294**
Date Processed: 03/31/2021

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | WF West - WF Bank<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| **Entity:** | Wells Fargo & Company<br>Entity ID Number  1915501 |
| **Entity Served:** | Wells Fargo Company |
| **Title of Action:** | Lauren Torres vs. Wells Fargo |
| **Matter Name/ID:** | Lauren Torres vs. Wells Fargo (11098203) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Wrongful Termination |
| **Court/Agency:** | Stamford Superior Court, CT |
| **Case/Reference No:** | 2021 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 03/29/2021 |
| **Answer or Appearance Due:** | 04/13/2021 |
| **Originally Served On:** | Wells Fargo Company |
| **How Served:** | Client Direct |
| Sender Information: | Ashling M. Soares<br>203-529-5115 |
| **Client Requested Information:** | Matter Management User Groups: [LITIGATION Employee]<br>Routing Rules (CSC): R0710<br>Classification: Standard |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**WELLS FARGO CLIENT DIRECT – SAN ANTONIO, TX**
**WELLS FARGO BANK**
**4101 WISEMAN BLVD BLDG 108**
**SAN ANTONIO, TX 78251-4200**
**MAC: T7408-013**

**BATCH COVER SHEET**

For use only when overnighting multiple services

DATE SERVED: WELLS FARGO SAN ANTONIO, TX 0054935 MAR 3 1 2021    WELLS FARGO SAN ANTONIO, TX 0054935 MAR 3 0 2021

TO: Service of Process / Corporation Service Company

OVERNIGHT: Corporation Service Company
Attn: Brenda Coy / Wells Fargo
1201 Hays Street
Tallahassee, FL 32301-2699
800-927-9801, Ext. 62918
brenda.coy@cscglobal.com

FROM: ✓ Jerry Arispe
___ Fernando Escobedo
___ Maria Minor
___ Joann Leos

SENDER PHONE NO.: 210-543-6997

STATE SERVED:

Per document    10-CA, 1-AZ

COMMENTS/NOTES:

---

Please read this section: The date on this cover sheet is the date that the Wells Fargo EIS Customer Support team received this service. CSC has a mandatory date served field and this date will be entered as we may not have the actual date served.

If a Wells Fargo enterprise mailroom receives an envelope that does not include a team members name, mac code, or the team has been displaced, the mail is sent to the EIS Customer Support team to open the envelope, review the document and route. When the mail is received at the many locations, the date received may or may not be added. The SOP team requested that all legal mail from the EIS Customer Support team be sent to CSC to upload to CSC Navigator/Matter Management and route.

This facsimile contains information which (a) may be LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s). If you are not the Addressee, or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying or distributing this facsimile is prohibited. If you have received this facsimile in error, please email us so we may provide you with a mailing address to send the document back to us.

#16879018-v2                                                07/31/2019

Case #: 0000259951   A 001     7019 1120 0001 0339 5185

WELLS FARGO COMPANY
CORPORATE SECRETARY,
420 MONTGOMERY ST,
SAN FRANCISCO, CA 94163

SECRETARY OF THE STATE OF CONNECTICUT
165 CAPITOL AVENUE
P.O. BOX 150470
HARTFORD, CT 06115-0470

NOTICE OF SERVICE OF PROCESS

03/24/2021
WELLS FARGO COMPANY
CORPORATE SECRETARY,
420 MONTGOMERY ST,
SAN FRANCISCO, CA 94163

Re: LAUREN TORRES        V. WELLS FARGO

To whom it may concern:

Legal process has been served on the Secretary of The State of Connecticut as the Statutory Agent for Service of Process for

WELLS FARGO COMPANY

in the above referenced matter. Enclosed is a copy of the submission to this office.

Sincerely,
Denise W. Merrill
Secretary of the State of Connecticut

By:   RUBY VEAL
      Application Analyst
      860-509-6003

Case #:   0000259951   A 001

Mail Number:   7019 1120 0001 0339 5185

Enc.