UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN TORRES,
    *Plaintiff,*

v.      Case No. 3:21-cv-00563-JAM

WELLS FARGO BANK, N.A.,
    *Defendant.*

## JUDGMENT

This matter came for consideration before the Honorable Jeffrey A. Meyer, United States District Judge on defendant's motions to dismiss (Docs. #18).

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an Order (Doc. #29) on February 18, 2022, granting the defendant's motions to dismiss. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant Wells Fargo Bank, N.A. against plaintiff Lauren Torres in accordance with the Court's order and the case is closed.

Dated at New Haven, Connecticut, this 24th day of February 2022.

                                                DINAH MILTON KINNEY, Clerk

                                                By /s/ Donna Barry
                                                Donna Barry
                                                Deputy Clerk

EOD: 02/24/2022